IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSIE LEE MURPHY,            )
                             )
    Plaintiff,               )
                             )          CIVIL ACTION NO.
    v.                       )            2:25cv396-MHT
                             )                 (WO)
ALABAMA MENTAL HEALTH        )
AUTHORITY, et al.,           )
                             )
    Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 25) is adopted.

(2) This lawsuit is dismissed before service of process under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

(3) Plaintiff's motions for preliminary injunction (Doc. 12, Doc. 13, and Doc. 15) are denied.

(4) Plaintiff's motion for leave to amend the

complaint (Doc. 29), motions to supplement the pleadings (Doc. 28, Doc. 30, and Doc. 31), and motion to add defendants (Doc. 32) are denied for the reasons stated in the opinion entered today.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 15th day of July, 2025.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**