IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROSIE LEE MURPHY,              )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )         2:25cv396-MHT
                               )              (WO)
ALABAMA MENTAL HEALTH          )
AUTHORITY, et al.,             )
                               )
    Defendants.                )
```

### ORDER

Upon consideration of plaintiff's motion to supplement (Doc. 45), which the court construes as containing a motion to recuse the judges of the Middle District of Alabama, it is ORDERED that the motion is denied because it is baseless.

DONE, this the 21st day of August, 2025.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE