IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ROSIE LEE MURPHY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv396-MHT |
| | ) | (WO) |
| **ALABAMA MENTAL HEALTH** | ) | |
| **AUTHORITY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of plaintiff's motion for reconsideration of the denial of in forma pauperis status on appeal, it is ORDERED that the motion (Doc. 46) is denied. Plaintiff was denied in forma pauperis status because her appeal is not taken in good faith. *See* Orders Denying In Forma Pauperis Status (Doc. 39 and Doc. 42). Plaintiff argues that she qualifies for in forma pauperis status due to her income, but her income does not matter under 28 U.S.C. § 1915(a).

DONE, this the 21st day of August, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**