IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROSIE LEE MURPHY,<br><br>Plaintiff,<br><br>v.<br><br>ALABAMA MENTAL HEALTH AUTHORITY, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>2:25cv396-MHT<br>(WO) |

AMENDED JUDGMENT

In accordance with the directive in the opinion (Doc. 59) of the Eleventh Circuit Court of Appeals, and the appeals court's issuance of the mandate (Doc. 61), and the opinion of this court entered on July 15, 2025 (Doc. 34), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 25) is adopted.

(2) This lawsuit is dismissed *without* prejudice before service of process under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1).

(3) Plaintiff's motions for preliminary injunction (Doc. 12, Doc. 13, and Doc. 15) are denied.

(4) Plaintiff's motion for leave to amend the complaint (Doc. 29), motions to supplement the pleadings (Doc. 28, Doc. 30, and Doc. 31), and motion to add defendants (Doc. 32) are denied for the reasons stated in the opinion entered today.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 5th day of October, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE